# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 2150 SIGOURNEY JOSSIAH – FRANCIS LEE ASSOC., suing on behalf of THEODORE A. PINNOCK and its members; and THEODORE A. PINNOCK, an individual,<br><br>　　　　　　　　Plaintiffs,<br>　v.<br>DAVID N. CLARK, JR., dba CLARK'S AUTO REPAIR & RADIATOR SERVICE; JOELLYN CLARK dba CLARK'S AUTO REPAIR & RADIATOR SERVICE; NAYLOR FAMILY TRUST dated 6-02-00; *et al.*,<br><br>　　　　　　　　Defendants. | Case No. 06-CV-01874-JM (AJB)<br><br>**ORDER GRANTING<br>JOINT MOTION TO DISMISS** |

Based upon the parties' joint motion to dismiss [Docket No. 7],

IT IS HEREBY ORDERED the joint motion to dismiss is granted; that all defendants are dismissed with prejudice from plaintiffs' complaint; and plaintiffs' complaint is dismissed with prejudice in its entirety.

**IT IS SO ORDERED**.

DATED: April 27, 2007

　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　Hon. Jeffrey T. Miller
　　　　　　　　　　　　　　　　　　United States District Judge

cc: All Parties

06CV1874